# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

_____

## No. 13-15759
## Consolidated with 13-15723, 13-15733, 13-15734, 13-15751 and 13-15754
_____

## In re:  NETFLIX PRIVACY LITIGATION
_____

**JEFF MILANS; PETER COMSTOCK, individually and on behalf of all others similarly situated; THE SETTLEMENT CLASS**
Class Plaintiffs-Appellees,

v.

**TRACEY COX KLINGE,**
Objector-Appellant

v.

**NETFLIX INC, a Delaware Corporation**,
Defendant-Appellee

Appeal From Judgment Entered by
The United States District Court, Northern District of California, San Jose
Edward J. Davila, District Court Judge
District Court Case No. 5:11-cv-003790-EJD


## AMENDED VOLUNTARY MOTION TO DISMISS OF OBJECTOR-APPELLANT


TO THE HONORABLE COURT:

COME NOW, Tracey Cox Klinge, "Objector-Appellant" and asks the Court to dismiss her appeal pursuant  and would show the Court the following:

## I.

Objector-Appellant no longer desire to pursue this appeal.

## II.

For the reasons stated, Tracey Cox Klinge asks the Court to grant this Motion to Dismiss the Appeal in the above matter.


Dated:   April 25, 2014.


/S/Thomas L. Cox Jr.
Texas Bar Card 04964400
7129 Tabor Dr
Dallas, Texas  75231
469.531.3313
tcox009@yahoo.com




## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of April 25, 2014, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.


     /S/  Thomas L. Cox