No. 13-15751
Consolidated with 13-15723

---

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

---

### IN RE: NETFLIX PRIVACY LITIGATION

---

JEFF MILANS, PETER COMSTOCK,
Individually and on behalf of all others similarly situated,
*Plaintiffs-Appellees,*

BRADLEY SCHULZ,
*Objector-Appellant,*

v.

NETFLIX, Inc.
*Defendant-Appellee.*

---

On Appeal from the United States District Court
for the Northern District of California, San Jose, No. 5:11-cv-0379-EJD

---

Motion for Voluntary Dismissal

---

Timothy Hanigan
Bar No. 125791
21021 Ventura Blvd., Suite 450
Woodland Hills, California 91364
Tel: (818) 883-5644
Fax: (818) 704-9372
trhanigan@gmail.com

Christopher A. Bandas
Texas State Bar No. 00787637
BANDAS LAW FIRM, P.C.
500 North Shoreline, Ste 1020
Corpus Christi, Texas 78401
Tel: 361-698-5200
Fax: 361-698-5222
cabandas@bandaslawfirm.com

*Attorneys for Objector-Appellant Bradley Schulz*

Objector-Appellant Bradley Schulz hereby moves the Court for an order severing this appeal from appeal No. 13-15723 and dismissing the above captioned appeal pursuant to Federal Rule of Appellate Procedure 42(b).

Objector-Appellant and Plaintiffs-Appellees have agreed that each side shall bear their own costs and fees on appeal.

DATED: September 2, 2014                Respectfully submitted,

By:     /s/ Christopher A. Bandas
        Christopher A. Bandas
        BANDAS LAW FIRM, P.C.
        500 North Shoreline Blvd., Suite 1020
        Corpus Christi, Texas 78401-0353
        (361) 698-5200 Telephone
        (361) 698-5222 Facsimile
        cbandas@bandaslawfirm.com


        /s/ Timothy R. Hanigan
        Timothy Hanigan
        Bar No. 125791
        21021 Ventura Blvd., Suite 450
        Woodland Hills, California 91364
        Tel: (818) 883-5644
        Fax: (818) 704-9372
        trhanigan@gmail.com

## **CERTIFICATE OF CONFERENCE**

Plaintiffs-Appellees do not oppose the severance and dismissal and agree to the relief requested herein as set forth above.  Defendant-Appellee is not opposed to the dismissal, but has indicated that it does not agree to anything with respect to costs and fees.

/s/ Christopher A. Bandas
Christopher A. Bandas

## **CERTIFICATE OF SERVICE**

I certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by the using the appellate CM/ECF system on September 2, 2014. Registered CM/ECF users will be served by the appellate CM/ECF system.

/s/ Christopher A. Bandas
Christopher A. Bandas